

# OBER KALER
Attorneys at Law

Ober, Kaler, Grimes & Shriver
A Professional Corporation
100 Light Street
Baltimore, MD 21202
410.685.1120 Main
410.547.0699 Fax
www.ober.com

M. Hamilton Whitman, Jr.
mhwhitman@ober.com
410.347.7354 / Fax: 443.263.7554

Offices In
Maryland
Washington, D.C.
Virginia

April 12, 2012

Via CM/ECF Filing

The Honorable Alexander Williams, Jr.
U. S. District Court for the District of Maryland
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

      Re:    Brandy Griffin v. APL Maritime, Ltd., et al.
              Civil Action No. 8:10-cv-02912-AW

Dear Judge Williams:

      This is the status report of the parties pursuant to the Court's revised Scheduling Order.

      a.     Discovery has been largely completed, but the parties ask the Court to allow the service of any rebuttal expert disclosures by the plaintiff and the wrapping up of any other loose ends by the current dispositive pretrial motions deadline of May 10, 2012.

      b.     No motions are pending.

      c.     No party intends to file a dispositive pretrial motion.

      d.     The case is to be tried to a jury. The parties anticipate a five day trial.

      e.     The parties have discussed settlement in a conference call conducted by counsel on April 11, 2012.

      f.     The parties believe that it would be helpful to refer the case to a settlement conference before a Magistrate Judge.

      g.     The parties do not consent to have a Magistrate Judge conduct all further proceedings.

OBER KALER

The parties request that the matter be set for a settlement conference before a Magistrate Judge of the Court, prior to the setting of any scheduling conference.

Counsel appreciate your Honor's continued consideration in the handling of this matter.

Respectfully yours,

M. Hamilton Whitman, Jr.

MHWJr:iuj

cc: (via CM/ECF Filing)
    J. Stephen Simms, Esquire
    W. Charles Bailey, Jr., Esquire
    R. Todd Elias, Esquire
    Jack R. Daley, Esquire